UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-2368

SHERRY D. BATTLE,

Plaintiff - Appellant,

versus

CHARLES E. POSTON, Individually and in his
official capacity as Chief Judge, Fourth
Judicial Circuit of Virginia, Circuit Court of
the City of Norfolk; JOHN C. MORRISON, JR.;
JOHN E. CLARKSON; WILLIAM F. RUTHERFORD;
EVERETT A. MARTIN, JR.; LYDIA C. TAYLOR; MARC
JACOBSON; JUNIUS P. FULTON, III; JOSEPH A.
LEAFE, Individually and in their official
capacities as Judges, Fourth Judicial Circuit
of Virginia, Circuit Court of the City of
Norfolk; ALBERT TEICH, individually and in his
official capacity as Clerk, Circuit Court of
the City of Norfolk; CHARLES STUDDS,
Individually and in his former official
capacity as Chief Magistrate for the City of
Norfolk; CHARLES D. GRIFFITH, JR.,
Individually and in his official capacity as
Commonwealth's Attorney of the City of
Norfolk; WILLIAM P. ROBINSON, JR.; KENNETH E.
ROBERTS,

Defendants - Appellees.

No. 01-2472

SHERRY D. BATTLE,

Plaintiff - Appellant,

versus

CHARLES E. POSTON, Individually and in his official capacity as Chief Judge, Fourth Judicial Circuit of Virginia, Circuit Court of the City of Norfolk; JOHN C. MORRISON, JR.; JOHN E. CLARKSON; WILLIAM F. RUTHERFORD; EVERETT A. MARTIN, JR.; LYDIA C. TAYLOR; MARC JACOBSON; JUNIUS P. FULTON, III; JOSEPH A. LEAFE, Individually and in their official capacities as Judges, Fourth Judicial Circuit of Virginia, Circuit Court of the City of Norfolk; ALBERT TEICH, individually and in his official capacity as Clerk, Circuit Court of the City of Norfolk; CHARLES STUDDS, Individually and in his former official capacity as Chief Magistrate for the City of Norfolk; CHARLES D. GRIFFITH, JR., Individually and in his official capacity as Commonwealth's Attorney of the City of Norfolk; WILLIAM P. ROBINSON, JR.; KENNETH E. ROBERTS,

                                        Defendants - Appellees.

-----------------

**No. 01-2484**

-----------------

SHERRY D. BATTLE,

                                        Plaintiff - Appellant,

        and

ELITE CHILD, INCORPORATED,

                                        Plaintiff,

        versus

SCHRODER CHESAPEAKE, INCORPORATED, t/a Greenbrier Mall; E. PRESTON GRISSOM, Individually and in his capacity of Judge,

2

Judicial Circuit of Virginia, Circuit Court of the City of Chesapeake; CHARLES E. POSTON, Individually and in his official capacity as Chief Judge, Fourth Judicial Circuit of Virginia, Circuit Court of the City of Norfolk; JOHN C. MORRISON, JR.; JOHN E. CLARKSON; WILLIAM F. RUTHERFORD; EVERETTE A. MARTIN, JR.; LYDIA C. TAYLOR; MARC JACOBSON; JUNIUS P. FULTON, III; JOSEPH A. LEAFE, Individually and in their official capacity as Judges, Fourth Judicial Circuit of Virginia, Circuit Court of the City of Norfolk; ALBERT TEICH, Individually and in his official capacity as Clerk, Circuit Court of the City of Norfolk; CHARLES STUDDS, Individually and in his former official capacity as Chief Magistrate for the City of Norfolk; CHARLES D. GRIFFITH, JR., Individually and in his official capacity as Commonwealth's Attorney of the City of Norfolk; WILLIAM P. ROBINSON, JR.; KENNETH E. ROBERTS,

                                    Defendants - Appellees,

     versus

LUTHER C. EDMONDS,

                                    Movant - Appellee.

———————

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Richard L. Williams, Senior District Judge. (CA-01-30-2, CA-98-488-2, MISC-01-30-2)

———————

Submitted: March 21, 2002       Decided: March 27, 2002

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

3

Sherry D. Battle, Appellant Pro Se. Alan Brody Rashkind, FURNISS, DAVIS, RASHKIND & SAUNDERS, Norfolk, Virginia; Mark L. Earley, Gregory E. Lucyk, Edward Meade Macon, Mary Elizabeth Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In Nos. 01-2368 and 01-2472, Sherry Battle appeals from the district court's orders denying her application for leave to file a 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. The district court denied Battle's application, because she failed to comply with the terms of a properly imposed prefiling injunction. In No. 01-2484, Battle appeals from the district court's order denying her motion to set aside a prior order entering sanctions against her. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Battle v. Poston, No. CA-01-30-2; Battle v. Shroder Chesapeake, Inc., No. CA-98-488-2 (E.D. Va. filed Oct. 11, 2001 & entered Oct. 12, 2001; Dec. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

4